

# IN THE
# TENTH COURT OF APPEALS

### No. 10-14-00011-CV

**VICKI MCPHERSON AND TIMOTHY MCPHERSON,**

**Appellant**

**v.**

**TEXAS FOREST SERVICE,**

**Appellee**

### From the 85th District Court
### Brazos County, Texas
### Trial Court No. 13-001728-CV-85

## MEMORANDUM OPINION

Vicki McPherson and Timothy McPherson appealed the trial court's order granting Texas Forest Service's plea to the jurisdiction. The appeal was referred to mediation on July 31, 2014. The Court was informed by the mediator by letter dated October 31, 2014 that the parties have settled the case. As of this date, we have not received any disposition documents or requests by the parties.

By letter dated December 5, 2014, the Clerk of this Court notified the McPhersons that they must provide a status report to the Court within 14 days of the date of the

letter as to a specific date when this proceeding would be disposed, or the appeal would be dismissed for want of prosecution. Fourteen days have passed and no status report has been provided.

This appeal is dismissed. TEX. R. APP. P. 42.3(b).


TOM GRAY
Chief Justice

Before Chief Justice Gray,
 Justice Davis, and
 Justice Scoggins
Appeal dismissed
Opinion delivered and filed January 15, 2015
[CV06]

